IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL RAY CLINES,
    Petitioner,

vs.                                  Case No. 3:08cv208/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

This cause is before the court upon Petitioner's filing a habeas petition under 28 U.S.C. § 2254 and a motion to proceed in forma pauperis (Docs. 1, 2).

Petitioner's application to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete.  A prisoner seeking to bring a civil action without prepayment of the filing fee must submit a certified copy of the trust fund account statement for his inmate account for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(a).  In this case, as the complaint was filed May 18, 2008 (*see* Doc. 1 at 6), the period involved is from December 18, 2007 through May 18, 2008.  Although Petitioner submitted a printout from his inmate account, the printout shows the activity in his account for only the months of February of 2008 and April of 2008,[1] instead of December 18, 2007 through May 18, 2008, as required (*see* Doc. 2).  Furthermore, Petitioner failed to provide a Prisoner Consent Form and Financial Certificate signed by an authorized prison official.  Before this matter may proceed, Petitioner must either pay the filing fee of $5.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed

---

[1]The court notes that Petitioner also submitted deposit receipts for January 8, 2008, and February 15, 2008, showing that funds were deposited in his inmate account for $20.00 and $10.00, respectively (*see* Doc. 2).

application and attachments.  No further action will occur in this case until the matter of the filing fee is resolved.

Accordingly, it is **ORDERED**:

1. Petitioner's application to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

2. The clerk is directed to forward an in forma pauperis application to Petitioner.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall either pay the filing fee of $5.00 or submit a fully completed application to proceed in forma pauperis.

4. Petitioner's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 4th day of June 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:08cv208/MCR/EMT