IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL RAY CLINES,
    Petitioner,

vs.                                  Case No. 3:08cv208/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## ORDER

By order of this court dated June 24, 2008, Petitioner was given thirty (30) days in which to pay the filing fee (Doc. 9). Petitioner failed to respond to the order; therefore, on July 30, 2008, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 10). Now before the court is Petitioner's response to the order to show cause, which shall be construed as a request for an extension of time to pay the filing fee (*see* Doc. 11). Good cause having been shown, Petitioner's motion shall be granted.

Accordingly, it is **ORDERED**:

Petitioner's response to the order to show cause (Doc. 11), construed as motion for extension of time to pay the filing fee, is **GRANTED**. Petitioner shall pay the filing fee of $5.00 on or before **SEPTEMBER 8, 2008.**

**DONE AND ORDERED** this 12th day of August 2008.

                                                /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**