IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL RAY CLINES,
    Petitioner,

vs.                                                Case No.:  3:08cv208/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

        This cause is before the court on Petitioner's "Response to Order of the Court" (Doc. 15). Petitioner was previously ordered to provide the court with two (2) service copies of his habeas corpus petition (Doc. 14). In response, Petitioner filed the instant response (Doc. 15). Petitioner states that he is unable to provide service copies because he was on close management when he filed his petition and was denied copy service (*id.*). Petitioner submitted his sole copy of the habeas petition to the court and therefore does not have copies of the petition (*id.*).

        Petitioner is advised that the court cannot make copies for him, unless he submits payment in the amount of $.50 per page, prepaid, to the clerk of this court. The court notes that Petitioner's petition is six (6) pages in length. Therefore, Petitioner must submit payment of $6.00 if he wishes the court to provide him with two (2) copies of the petition.

        Accordingly, it is **ORDERED**:

        1.      Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit payment of $6.00 to the clerk of court as prepayment for a two (2) photocopies of the habeas petition in the instant case. Alternatively, Petitioner shall submit two (2) identical and complete copies of the habeas petition in the instant case. This case number should be written on the copies.

      2.      Failure to respond to this order as instructed may result in dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 16th day of September 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**