**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MICHAEL RAY CLINES,

    Petitioner,

vs.                                            Case No. 3:08cv208/MCR/WCS

WALTER McNEIL,

    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

       Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.    The motion to dismiss (doc. 26) is **GRANTED.** Petitioner shall have 20 days to file amended § 2254 petition raising only his exhausted claim or, alternatively, a notice of voluntary dismissal of all claims.

       **DONE AND ORDERED** this 3rd day of March, 2010.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE**